**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Holland, Kerry R. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Holland, Michelle J. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Randy Holland | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7120 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  5438 |
| Street Address of Debtor (No. and Street, City,  and State)<br>3715 - 9th Street<br>Winthrop Harbor, IL<br>ZIPCODE  60096 | Street Address of Joint Debtor (No. and Street, City, and State)<br>3715 - 9th Street<br>Winthrop Harbor, IL<br>ZIPCODE  60096 |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business:<br>Lake |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Kerry R. Holland & Michelle J. Holland

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kerry R. Holland & Michelle J. Holland |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Kerry R. Holland
_____
Signature of Debtor

**X** /s/ Michelle J. Holland
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

September 11, 2009
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

**X** /s/ James T. Magee
_____
Signature of Attorney for Debtor(s)

JAMES T. MAGEE 1729446
_____
Printed Name of Attorney for Debtor(s)

Magee, Negele & Associates, P.C.
_____
Firm Name

444 North Cedar Lake Road
_____
Address

Round Lake, Illinois 60073
_____

(847) 546-0055
_____
Telephone Number

September 11, 2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 3226Z - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/08)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re __Kerry R. Holland & Michelle J. Holland_____   Case No._____
                     Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B1 D (Official Form 1, Exh. D) (12/08) – Cont.                                                    Page 2

❐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**

    ❐  Active military duty in a military combat zone.

❐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Kerry R. Holland_____

                                      KERRY R. HOLLAND

Date:  _____September 11, 2009_____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re ___Kerry R. Holland & Michelle J. Holland___      Case No._____
          Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740  -  32262 - Adobe PDF

B1 D (Official Form 1, Exh. D) (12/08) – Cont.                                              Page 2

❒  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**

    ❒  Active military duty in a military combat zone.

❒  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____ /s/ Michelle J. Holland
_____
MICHELLE J. HOLLAND

Date: _____September 11, 2009_____

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re   Kerry R. Holland & Michelle J. Holland _____    Case No. _____
          **Debtor**                                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   Kerry R. Holland & Michelle J. Holland _____    Case No. _____
      **Debtor**                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

  **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

  If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Deposits of Money [TCF Bank] <br> Deposits of Money [TCF Bank] | W <br> J | 600.00 <br> 20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Livingroom Furniture, Televisions and Bedroom Furniture <br> Washer, Dryer, Dining Room Set, Kitchen Table and Chairs <br> Kitchen Utensils, Stove, Refrigerator and Microwave | J <br><br> J <br><br> J | 550.00 <br><br> 450.00 <br><br> 400.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing Apparel | J | 500.00 |
| 7.  Furs and jewelry. | | Jewelry | J | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Exercise Bike, Weight Lifting Equipment & Treadmill <br> Home Computer and Printer | J <br> J | 300.00 <br> 200.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

In re    Kerry R. Holland & Michelle J. Holland                          Case No. _____
            **Debtor**                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1969 Skylark (In Parts) (180,000 miles) | H | 500.00 |
| | | 1999 Chevrolet Van (No Title) (120,000 miles) | H | 250.00 |
| | | 1969 Skylark (not running) (140,000 miles) | H | 4,000.00 |
| 26. Boats, motors, and accessories. | | LasVegas Boat 150 hp Ski Boat with Trailer | J | 1,000.00 |
| | | 75 hp Mercury Outboard Motor | J | 150.00 |

In re   Kerry R. Holland & Michelle J. Holland                    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | 1989 Switczer SS 20C and Trailer | J | 1,000.00 |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Tools of Trade<br>Misc. Non-Working lawn mowers and parts | H<br>H | 1,500.00<br>500.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached      Total     | $       12,170.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 3226Z - Adobe PDF

B6C (Official Form 6C) (12/07)

In re  Kerry R. Holland & Michelle J. Holland                    Case No. _____
 _____
              **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)              ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                   $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Deposits of Money [TCF Bank] | 735 ILCS 5/12-1001(b) | 600.00 | 600.00 |
| Deposits of Money [TCF Bank] | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| Livingroom Furniture, Televisions and Bedroom Furniture | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 275.00 275.00 | 550.00 |
| Washer, Dryer, Dining Room Set, Kitchen Table and Chairs | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 225.00 225.00 | 450.00 |
| Kitchen Utensils, Stove, Refrigerator and Microwave | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 200.00 200.00 | 400.00 |
| Wearing Apparel | 735 ILCS 5/12-1001(a) 735 ILCS 5/12-1001(a) | 250.00 250.00 | 500.00 |
| Jewelry | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 125.00 125.00 | 250.00 |
| Exercise Bike, Weight Lifting Equipment & Treadmill | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 150.00 150.00 | 300.00 |
| Home Computer and Printer | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 100.00 100.00 | 200.00 |
| 1969 Skylark (In Parts) (180,000 miles) | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| 1999 Chevrolet Van (No Title) (120,000 miles) | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| LasVegas Boat 150 hp Ski Boat with Trailer | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 500.00 500.00 | 1,000.00 |
| 75 hp Mercury Outboard Motor | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(b) | 75.00 75.00 | 150.00 |
| Tools of Trade | 735 ILCS 5/12-1001(d) | 1,500.00 | 1,500.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6C (Official Form 6C) (12/07) -- Cont.

In re   Kerry R. Holland & Michelle J. Holland                    Case No. _____
              **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1969 Skylark (not running) (140,000 miles) | 735 ILCS 5/12-1001(b)<br>735 ILCS 5/12-1001(c) | 580.00<br>2,400.00 | 4,000.00 |
| 1989 Switczer SS 20C and Trailer | 735 ILCS 5/12-1001(b)<br>735 ILCS 5/12-1001(b) | 500.00<br>500.00 | 1,000.00 |
| Misc. Non-Working lawn mowers and parts | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |

B6D (Official Form 6D) (12/07)

In re _____Kerry R. Holland & Michelle J. Holland_____,        Case No. _____
                       **Debtor**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

   ☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

Subtotal ➤    $     0.00    $     0.00
(Total of this page)

Total ➤    $     0.00    $     0.00
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**B6E (Official Form 6E) (12/07)**

In re   Kerry R. Holland & Michelle J. Holland _____,   Case No._____
                              Debtor                                                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____Kerry R. Holland & Michelle J. Holland_____,    Case No._____
              Debtor                                                                (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re   Kerry R. Holland & Michelle J. Holland____ ,                    Case No. _____
_____**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2041 <br><br> Advertiser Network <br> c/o Scott & Goldman, Inc. <br> P. O. Box 6828 <br> Buena Park, CA 90620 | | J | Balance on Business Account | | | | 63.67 |
| ACCOUNT NO.  2552 <br><br> Assoc. for Womens Health <br> c/o Merchants Credit <br> 223 West Jackson Street <br> Chicago, IL 60606 | | W | Balance on Account | | | | 498.00 |
| ACCOUNT NO.  7001 <br><br> AT&T <br> c/o Fidelity National Credit <br> P. O. Box 3051 <br> Orange, CA 92857 | | J | Balance on Business Account | | | | 212.89 |
| ACCOUNT NO.  9598 <br><br> AT&T <br> c/o NCO Financial <br> 1804 Washington Blvd. <br> Baltimore, MD 21230 | | J | Balance on Business Account | | | | 107.00 |

___21___ continuation sheets attached

Subtotal ➤ $  881.56

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Kerry R. Holland & Michelle J. Holland                ,         Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7001<br><br>AT&T Long Distance<br>c/o Southwest Credit<br>5910 W. Plano Pkwy, #100<br>Plano, TX 75093-4638 | | J | | | | | Notice Only |
| ACCOUNT NO.  1370<br><br>Aurora Medical Group<br>c/o Omni Credit Services<br>333 Bishops Way, #100<br>Brookfield, WI 53005-6209 | | J | Balance on Account | | | | 66.00 |
| ACCOUNT NO.<br><br>Aurora Medical Group, Inc.<br>c/o State Collection Service<br>P. O. Box 6250<br>Madison, WI 53701 | | W | Balance on Account | | | | 787.00 |
| ACCOUNT NO.  2959<br><br>Best Buy / LVNV Funding<br>c/o Phillips & Cohen Assoc.<br>P. O. Box 48458<br>Oak Park, MI 48237 | | H | | | | | Notice Only |
| ACCOUNT NO.  7264<br><br>Capital One<br>c/o Gerald E. Moore & Assoc.<br>P. O. Box 724087<br>Atlanta, GA 31139 | | W | | | | | Notice Only |

Sheet no.  1   of  21   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 853.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Kerry R. Holland & Michelle J. Holland_____,          Case No. _____
         **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7264<br><br>Capital One<br>c/o National Asset Mgmt<br>P. O. Box 724747<br>Atlanta, GA 31139 | | W | | | | | Notice Only |
| ACCOUNT NO.  7264<br><br>Capital One<br>c/o Nelson, Watson & Assoc.<br>80 Merrimack St Lower Level<br>Haverhill, MA 01830 | | W | | | | | Notice Only |
| ACCOUNT NO.  7264<br><br>Capital One Bank<br>c/o Blatt Hasenmiller Leibsker<br>125 S. Wacker Drive, #400<br>Chicago, IL 60606-4440 | | W | | | | | Notice Only |
| ACCOUNT NO.  7264<br><br>Capital One Bank<br>c/o Northland Group, Inc.<br>P. O. Box 390846<br>Edina, MN 55439 | | W | | | | | Notice Only |
| ACCOUNT NO.  7264<br><br>Capital One Bank<br>c/o Protocol Recovery<br>509 Mercer Avenue<br>Panama City, FL 32401 | | W | | | | | Notice Only |

Sheet no.  2  of  21  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $            0.00
Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Kerry R. Holland & Michelle J. Holland_____,        Case No. _____
_____Debtor_____                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1137<br><br>Capital One Bank<br>P. O. Box 5155<br>Norcross, GA 30091 | | W | | | | | Notice Only |
| ACCOUNT NO.  1137<br><br>Capital One Bank<br>P. O. Box 85520<br>Richmond, VA 23285 | | W | Balance on Account | | | | 3,895.00 |
| ACCOUNT NO.  7264<br><br>Capital One Services<br>c/o Arrow Financial<br>5996 West Touhy Avenue<br>Niles, IL 60714 | | W | | | | | Notice Only |
| ACCOUNT NO.  7264<br><br>Capital One Services<br>c/o Associated Recovery<br>201 West Grand Avenue<br>Escondido, CA 92025 | | W | | | | | Notice Only |
| ACCOUNT NO.  0082<br><br>Central Power Distributors<br>3801 Thurston Avenue<br>Anoka, MN 55303 | | J | Balance on Business Account | | | | 295.50 |

Sheet no. _3_ of _21_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $   4,190.50

Total ▸ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Kerry R. Holland & Michelle J. Holland_____,   Case No. _____

**Debtor**   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0081  Chase NA 4915 Independence Parkway Tampa, FL 33634 | | H | Balance on Account | | | | 6,019.00 |
| ACCOUNT NO.  0081  Chase NA Attn: Bankruptcy Dept P. O. Box 100018 Kennesaw, GA 30156 | | H | | | | | Notice Only |
| ACCOUNT NO.  0209  Childrens Health Center c/o Northern IL Collection P. O. Box 287 Waukegan, IL 60079 | | J | Balance on Account | | | | 288.00 |
| ACCOUNT NO.  6587  Citibank c/o Academy Collection 10965 Decatur Road Philadelphia, PA 19154-3210 | | W | | | | | Notice Only |
| ACCOUNT NO.  6587  Citibank c/o Risk Management 7775 Baymeadows Way, #302 Jacksonville, FL 32256 | | W | | | | | Notice Only |

Sheet no. __4__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    6,307.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Kerry R. Holland & Michelle J. Holland_____ ,      Case No. _____

        **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5862<br><br>Citibank/NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | | H | Judgment (Business Related) | | | X | 32,382.00 |
| ACCOUNT NO. 8522<br><br>Citibank/NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | | W | Balance on Account | | | | 8,753.00 |
| ACCOUNT NO. 5950<br><br>Citibank/NCO Financial<br>c/o National Arbitration Forum<br>P. O. Box 50191<br>Minneapolis, MN 55405-0191 | | H | | | | | Notice Only |
| ACCOUNT NO. 6587<br><br>Citibank/NCO Portfolio<br>c/o Blatt Hasenmiller Leibsker<br>125 S. Wacker Dr., #400<br>Chicago, IL 60606-4440 | | W | | | | | Notice Only |
| ACCOUNT NO. 8522<br><br>Citibank/NCO Portfolio<br>c/o Merchants' Credit<br>223 W. Jackson Blvd.<br>Chicago, IL 60606 | | W | | | | | Notice Only |

Sheet no. __5__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       41,135.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Kerry R. Holland & Michelle J. Holland              ,          Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5334<br><br>Citibank/NCO Portfolio<br>c/o Wyse Financial Serv.<br>3410 S. Galena Street, #250<br>Denver, CO 80231 | | W | | | | | Notice Only |
| ACCOUNT NO.  7652<br><br>Comcast<br>c/o Credit Protection<br>13355 Noel Road<br>Dallas, TX 75240 | | H | Balance on Account | | | | 83.71 |
| ACCOUNT NO.  4023<br><br>ComEd<br>Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | | J | Balance on Business Account | | | | 3,014.93 |
| ACCOUNT NO.  0439<br><br>ComEd<br>c/o Harvard Collection<br>4839 North Elston Avenue<br>Chicago, IL 60630-2534 | | J | Balance on Business Account | | | | 7,796.48 |
| ACCOUNT NO.  7950<br><br>ComEd<br>c/o Van Ru Credit Corp.<br>11745 West Bradley Road<br>Milwaukee, WI 53224 | | J | Balance on Business Account | | | | Notice Only |

Sheet no.  6  of  21  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,895.12
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Kerry R. Holland & Michelle J. Holland            ,        Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6149<br><br>Community Trust Credit Union<br>1313 North Skokie Highway<br>Gurnee, IL 60031 | | H | Balance on Account | | | | 154.00 |
| ACCOUNT NO.  6745<br><br>DHL Express<br>P. O. Box 4723<br>Houston, TX 77210-4723 | | H | Balance on Account | | | | 5.00 |
| ACCOUNT NO.  7406<br><br>Dish Network<br>c/o Afni, Inc.<br>P. O. Box 3517<br>Bloomington, IL 61702-3517 | | H | Balance on Account | | | | 171.50 |
| ACCOUNT NO.  7406<br><br>Dish Network<br>c/o GC Services<br>6330 Gulfton<br>Houston, TX 77081 | | H | | | | | Notice Only |
| ACCOUNT NO.  6328<br><br>Dr. Goldman-Burn<br>c/o Certified Services Inc<br>1733 Washington Street<br>Waukegan, IL 60085 | | H | Balance on Account | | | | 288.00 |

Sheet no.  7  of  21  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 618.50
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Kerry R. Holland & Michelle J. Holland            ,        Case No. _____
                      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3609<br><br>DS Waters of America<br>c/o NCO Financial<br>1804 Washington Blvd.<br>Baltimore, MD 21230 | | J | Balance on Business Account | | | | 65.77 |
| ACCOUNT NO.  6555<br><br>East Penn-Broadview<br>2427 Braga Drive<br>Broadview, IL 60155-3941 | | J | Balance on Business Account | | | | 128.74 |
| ACCOUNT NO.  6172<br><br>Figi's Inc.<br>c/o John Lee Jackson<br>1445 Langham Creek Dr.<br>Houston, TX 77084 | | W | | | | | Notice Only |
| ACCOUNT NO.  6172<br><br>Figi's Inc.<br>c/o Penn Credit Corp.<br>P. O. Box 988<br>Harrisburg, PA 17108-0988 | | H | Balance on Account | | | | 93.78 |
| ACCOUNT NO.  6172<br><br>Figi's Inc.<br>c/o Professional Recovery<br>2700 Meridian Pkwy, #200<br>Durham, NC 27713-2204 | | W | | | | | Notice Only |

Sheet no.  8  of  21  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $      288.29

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Kerry R. Holland & Michelle J. Holland            ,          Case No. _____
        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0930 <br><br> Figi's Inc. <br> c/o Universal Fidelity <br> P. O. Box 941911 <br> Houston, TX 77094-8911 | | W | | | | | Notice Only |
| ACCOUNT NO.  0000 <br><br> Geetha M. Reddy, M.D. <br> P. O. Box 1127 <br> Libertyville, IL 60048 | | J | Balance on Account | | | | 375.00 |
| ACCOUNT NO.  3583 <br><br> Gurnee Radiology Center <br> c/o Certified Services, Inc. <br> P. O. Box 177 <br> Waukegan, IL 60079-0177 | | W | Balance on Account | | | | 141.00 |
| ACCOUNT NO.  5590 <br><br> Guthy Renker <br> c/o Allied Interstate <br> 2800 Corporate Exchange Dr. <br> Columbus, OH 43231 | | W | Balance on Account | | | | 45.90 |
| ACCOUNT NO.  7342 <br><br> Household / Best Buy <br> c/o LVNC Funding LLC <br> P. O. Box 740281 <br> Houston, TX 77274 | | H | Balance on Account | | | | 542.00 |

Sheet no. 9 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,103.90

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Kerry R. Holland & Michelle J. Holland_____ ,          Case No. _____
      **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1510<br><br>Household / Menards<br>c/o LVNV Funding LLC<br>P. O. Box 740281<br>Houston, TX 77274 | | W | Balance on Account | | | | 1,824.00 |
| ACCOUNT NO.  1510<br><br>Household/LVNV<br>c/o Nelson, Watson & Assoc.<br>80 Merrimack St., Lower Level<br>Haverhill, MA 01830 | | J | | | | | Notice Only |
| ACCOUNT NO.  1510<br><br>Household/LVNV Funding<br>c/o Blitt and Gaines, P.C.<br>661 West Glenn Avenue<br>Wheeling, IL 60090 | | J | | | | | Notice Only |
| ACCOUNT NO.  7342<br><br>HSBC/Best Buy<br>c/o Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231 | | H | | | | | Notice Only |
| ACCOUNT NO.  0918<br><br>HSBC/Best Buy<br>c/o Anchor Receivables<br>P. O. Box 4115, Dept. 606<br>Concord, CA 94524 | | H | | | | | Notice Only |

Sheet no.   10   of  21   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      1,824.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Kerry R. Holland & Michelle J. Holland                    ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1787 <br><br> HSBC/Best Buy <br> c/o RJM Acq Llc <br> 575 Underhill Blvd, #224 <br> Syosset, NY 11791 | | H | Balance on Account | | | | 3,335.00 |
| ACCOUNT NO.  7342 <br><br> HSBC/Best Buy/LVNV <br> c/o Alliance One <br> 1160 Centre Pointe Drive <br> Mendota Heights, MN 55120 | | H | | | | | Notice Only |
| ACCOUNT NO.  7342 <br><br> HSBC/Best Buy/LVNV <br> c/o Global Vantedge <br> P. O. Box 3458 <br> San Rafael, CA 94912-3458 | | H | | | | | Notice Only |
| ACCOUNT NO.  7342 <br><br> HSBC/Best Buy/LVNV <br> c/o Northland Group, Inc. <br> P O. Box 390846 <br> Edina, MN 55439 | | H | | | | | Notice Only |
| ACCOUNT NO.  1787 <br><br> HSBC/BestBuy <br> c/o Island National Group <br> P. O. Box 18009 <br> Hauppauge, NY 11788-8809 | | H | | | | | Notice Only |

Sheet no.  11  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        3,335.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Kerry R. Holland & Michelle J. Holland_____,        Case No. _____
_____**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1049 <br><br> HSBC/Menards <br> 90 Christiana Road <br> New Castle, DE 19720 | | J | Balance on Account | | | | 1,683.00 |
| ACCOUNT NO.  1049 <br><br> HSBC/Menards/US Bank <br> Attn:  Bankrutpcy Dept. <br> P. O. Box 5229 <br> Cincinnati, OH 45201 | | J | | | | | Notice Only |
| ACCOUNT NO.  1510 <br><br> HSBC/Menars/Sherman Acq. <br> c/o Blatt, Hasenmiller, Leibsker <br> 125 S. Wacker Dr., #400 <br> Chicago, IL 60606 | | J | | | | | Notice Only |
| ACCOUNT NO.  8268 <br><br> Illinois Auto Electric O. <br> c/o Teller, Levit & Silvertrust <br> 11 East Adams, #800 <br> Chicago, IL 60603 | | J | Judgment on Business Account | | | | 2,596.15 |
| ACCOUNT NO.  0706 <br><br> J.E.B. Battery Distributors, Inc. <br> Interstate All Battery Center <br> 31160 North Route 45 <br> Libertyville, IL 60048 | | J | Balance on Business Account | | | | 300.60 |

Sheet no. __12__ of __21__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤         $         4,579.75

Total ➤         $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Kerry R. Holland & Michelle J. Holland_____,    Case No. _____
          **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9457<br><br>Lake Shore Orthopaedics<br>c/o Keynote Consulting<br>220 W. Campus Drive, #102<br>Arlington Heights, IL 60004 | | W | Balance on Account | | | | 654.00 |
| ACCOUNT NO. 1672<br><br>Lake Shore Pathologists<br>520 East 22nd Street<br>Lombard, IL 60148 | | J | Balance on Account | | | | 509.00 |
| ACCOUNT NO. 4940<br><br>LVNV Funding<br>c/o FMA Alliance, Ltd.<br>11811 North Freewya, #900<br>Houston, TX 77060 | | W | Balance on Account | | | | 1,540.00 |
| ACCOUNT NO. 5903<br><br>Master Hitch, Inc.<br>2980 West Wadsworth Road<br>Waukegan, IL 60087 | | J | Balance on Business Account | | | | 3.60 |
| ACCOUNT NO. 9732<br><br>McLeod USA<br>c/o Receivables Mgmt<br>P. O. Box 523<br>Richfield, OH 44286 | | J | Balance on Business Account | | | | 166.04 |

Sheet no. __13__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,872.64

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Kerry R. Holland & Michelle J. Holland_____ ,    Case No. _____
            **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6170<br><br>Menard/LVNV Funding<br>c/o Northland Group, Inc.<br>P. O. Box 390846<br>Edina, MN 55439 | | W | | | | | Notice Only |
| ACCOUNT NO.  1510<br><br>Menards/LVNV Funding<br>c/o Capital Management<br>726 Exchange Street, #700<br>Buffalo, NY 14210 | | | | | | | Notice Only |
| ACCOUNT NO.  0244<br><br>Menards/LVNV Funding<br>c/o FMA Alliance, Ltd.<br>11811 North Freeway, #900<br>Houston, TX 77060 | | W | | | | | Notice Only |
| ACCOUNT NO.<br><br>Midway Emergency Phys<br>P. O. Box 320006<br>Birmingham, AL 35222-1308 | | J | Balance on Account | | | | 911.00 |
| ACCOUNT NO.  744M<br><br>Midwest Engine Warehouse<br>700 Enterprise Street<br>Aurora, IL 60504 | | J | Balance on Business Account | | | | 56.02 |

Sheet no. __14__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    967.02

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Kerry R. Holland & Michelle J. Holland                    ,          Case No. _____
                                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2043 <br><br> New Era Medical Svcs <br> c/o Malcolm S. Gerald <br> 332 S. Michigan Ave., #600 <br> Chicago, IL 60604 | | J | Balance on Account | | | | 297.00 |
| ACCOUNT NO.  3082 <br><br> North Illinois Radiology <br> c/o AR Resources, inc. <br> P. O. Box 10336 <br> Jacksonville, FL 32247 | | J | Balance on Account | | | | 28.00 |
| ACCOUNT NO.  1351 <br><br> Oscar Wilson Engines & Parts <br> 826 Lone Star Drive <br> O'Fallon, MO 63366 | | J | Balance on Business Account | | | | 147.49 |
| ACCOUNT NO.  5590 <br><br> Proactiv Solution <br> c/o Sko Brenner American <br> P. O. Box 230 <br> Farmingdale, NY 11735 | | W | Balance on Account | | | | 45.90 |
| ACCOUNT NO.  2304 <br><br> Providian <br> c/o Allied Interstate <br> 3000 Corporate Exchange Dr. <br> Columbus, OH 43231 | | H | | | | | Notice Only |

Sheet no. __15__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal➤ | $       518.39 |
| Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Kerry R. Holland & Michelle J. Holland</u>,          Case No. _____
       **Debtor**                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2304 Providian c/o Franklin Collection P. O. Box 3910 Tupelo, MS 38803-3910 | | H | | | | | Notice Only |
| ACCOUNT NO. 2304 Providian c/o I.C. Systems P. O. Box 64887 St. Paul, MN 55164-0887 | | H | | | | | Notice Only |
| ACCOUNT NO. 2304 Providian National Bank c/o Portfolio Recovery 120 Corporate Blvd, #100 Norfolk, VA 23502 | | H | Balance on Account | | | | 1,428.00 |
| ACCOUNT NO. 2304 Providian/Portfolio Recovery c/o Elizabeth A. Granoff 661 West Lake Street, #2N Chicago, IL 60661 | | H | | | | | Notice Only |
| ACCOUNT NO. 7836 R. H. Donnelley c/o Executive Financial 6230A Wilshire Blvd., PMB 10 Los Angeles, CA 90048 | | J | Balance on Business Account | | | | 542.70 |

Sheet no. <u>16</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                  Subtotal ➤   $    1,970.70

                     Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Kerry R. Holland & Michelle J. Holland                ,        Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0708 <br><br> RH Donnelley/AT&T/SBC <br> c/o LiquiDebt Systems <br> 29W110 Butterfield Rd, #108 <br> Warrenville, IL 60555 | | J | | | | | Notice Only |
| ACCOUNT NO.  N250 <br><br> Russo Power Equipment <br> 9525 W. Irving Park Road <br> Schiller Park, IL 60176 | | J | Balance on Business Account | | | | 168.51 |
| ACCOUNT NO.  1691 <br><br> Stens Corporation <br> c/o J.K.M. Credit Services <br> P. O. Box 38 <br> Drums, PA 18222-0038 | | J | Balance on Business Account | | | | 244.37 |
| ACCOUNT NO.  8202 <br><br> Target <br> c/o Account Solutions <br> 205 Bryant Woods South <br> Amherst, NY 14228 | | W | | | | | Notice Only |
| ACCOUNT NO.  0391 <br><br> Target National bank <br> c/o National Financial <br> P. O. Box 9046 <br> Hicksville, NY 11802-9046 | | W | | | | | Notice Only |

Sheet no.  17  of  21  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        412.88

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Kerry R. Holland & Michelle J. Holland_____,    Case No. _____
        **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0391 <br> Target National Bank <br> c/o Northland Group, Inc. <br> P. O. Box 390846 <br> Edina, MN 55439 | | W | | | | | Notice Only |
| ACCOUNT NO. 0391 <br> Target/RCV Corp. <br> c/o Portfolio Recovery <br> 120 Corporate Blvd, #100 <br> Norfolk, VA 23502 | | W | Balance on Account | | | | 433.00 |
| ACCOUNT NO. 8644 <br> UPS <br> c/o Allied Interstate <br> 3000 Corporate Exchange Dr. <br> Columbus, OH 43231 | | J | Balance on Business Account | | | | 68.59 |
| ACCOUNT NO. 9316 <br> US Bank <br> c/o Client Services, Inc. <br> 3452 Harry S. Truman Blvd. <br> St. Charles, MO 63301 | | H | | | | | Notice Only |
| ACCOUNT NO. 2267 <br> US Bank <br> c/o Omnium Worldwide <br> 7171 Mercy Road <br> Omaha, NE 68106 | | H | Balance on Account | | | | 6,354.37 |

Sheet no. __18__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    6,855.96

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Kerry R. Holland & Michelle J. Holland_____ ,          Case No. _____
_____**Debtor**_____                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   042H<br><br>US Bank/Davis Acquisitions<br>c/o Michael Davis Weis<br>P. O. Box 1166<br>Northbrook, IL 60065 | | H | Balance on Business Account | | | | 8,091.81 |
| ACCOUNT NO.   1890<br><br>Veolia / Onyx Waste Mgmt<br>c/o Receivable Mgmt<br>P. O. Box 539<br>Richfield, OH 44286 | | J | | | | | Notice Only |
| ACCOUNT NO.   1890<br><br>Veolia Environmental Services<br>c/o Lathrop & Gage<br>1300 Eye St. NW, #1050 East<br>Washington, DC 20005 | | J | Balance on Business Account | | | | 254.86 |
| ACCOUNT NO.   0448<br><br>Victory Memorial Hospital<br>c/o Revenue Cycle Solutions<br>P. O. Box 7229<br>Westchester, IL 60154 | | J | | | | | Notice Only |
| ACCOUNT NO.   93N1<br><br>Victory Memorial Hospital<br>c/o Senex Services<br>3500 Depauw Blvd, #305<br>Indianapolis, IN 46268 | | H | Balance on Account | | | | 395.00 |

Sheet no.   19   of   21   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        8,741.67

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Kerry R. Holland & Michelle J. Holland_____,     Case No. _____
    **Debtor**                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  09N1<br><br>Victory Memorial Hospital<br>c/o Senex Services Corp<br>3500 Depauw Blvd, #305<br>Indianapolis, IN 46268 | | H | Balance on Account | | | | 3,519.00 |
| ACCOUNT NO.  0448<br><br>Vista Imaging Assoc.<br>c/o AR Resources, Inc.<br>P. O. Box 10336<br>Jacksonville, FL 32247 | | J | | | | | Notice Only |
| ACCOUNT NO.  0448<br><br>Vista Imaging Assoc.<br>c/o NCO Financial<br>3091 Governors Lake Dr.<br>Norcross, GA 30071 | | J | Balance on Account | | | | 449.00 |
| ACCOUNT NO.<br><br>Vista Imaging Assoc.<br>P. O. Box 2049<br>Dept. 5339<br>Milwaukee, WI 53201-2049 | | J | Balance on Account | | | | 90.00 |
| ACCOUNT NO.<br><br>Vista Medical Center East<br>99 Greenwood Avenue<br>Waukegan, IL 60087-5136 | | J | Balance on Account | | | | 24,787.92 |

Sheet no. __20__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    28,845.92

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Kerry R. Holland & Michelle J. Holland              ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6840 <br><br> Waukegan Clinic Corporation <br> 200 South Greenleaf, Ste. A <br> Gurnee, IL 60031-3398 | | J | Balance on Account | | | | 551.20 |
| ACCOUNT NO.  6755 <br><br> Wilson Engines <br> c/o NCO Financial <br> 3850 N. Causeway Blvd., #200 <br> Metairie, LA 70002 | | J | | | | | Notice Only |
| ACCOUNT NO.  6032 <br><br> Winthrop Harbor Fire Dept. <br> P. O. Box 457 <br> Wheeling, IL 60090 | | J | Balance on Account | | | | 300.00 |
| ACCOUNT NO.  3081 <br><br> Zion Clinic, SC <br> c/o Dennis A. Brebner <br> 860 Northpoint Blvd. <br> Waukegan, IL 60085-8211 | | J | Balance on Account | | | | 655.00 |
| ACCOUNT NO.  5299 <br><br> Zion-Benton Public Library <br> c/o Unique National Colllection <br> 119 East Maple Street <br> Jeffersonville, IN 47130 | | J | Balance on Account | | | | 85.75 |

Sheet no.  21   of  21   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $       1,591.95

Total ▶  $   128,788.75

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re   Kerry R. Holland & Michelle J. Holland                                           Case No. _____
                              **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re  Kerry R. Holland & Michelle J. Holland                    Case No. _____
_____
          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B6I (Official Form 6I) (12/07)

In re ___Kerry R. Holland & Michelle J. Holland_____    Case _____
         **Debtor**                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter | AGE(S): 16, 11 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Mechanic | Child Care |
| Name of Employer | Self-Employed | Self-Employed |
| How long employed | | |
| Address of Employer | | |
| | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 0.00 | $ 0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union Dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,000.00 | $ 2,725.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify)_____ | $ 0.00 | $ 0.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income_____ (Specify)_____ | $ 0.00 / $ 0.00 | $ 0.00 / $ 0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,000.00 | $ 2,725.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,000.00 | $ 2,725.00 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 3,725.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Debtor's income from mechanic service varies; Spouse's income is higher during summer months averaging $2,725 net

_____

_____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

In re  Kerry R. Holland & Michelle J. Holland                              Case No. _____
_____                                          (if known)
        **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,600.00 |
| a. Are real estate taxes included? | Yes ✓ No _____ | |
| b. Is property insurance included? | Yes _____ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 400.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 100.00 |
| d. Other Cable and Garbage | | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 400.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 50.00 |
| e. Other_____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other Bankruptcy Attorneys Fees | | $ 200.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 3,850.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Debtors are renting from mother and she forgives rent as necessary to meet bills.
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,725.00. See Schedule I) | | $ 3,725.00 |
| b. Average monthly expenses from Line 18 above | | $ 3,850.00 |
| c. Monthly net income (a. minus b.) | (Net includes Debtor/Spouse combined Amounts) | $ -125.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Kerry R. Holland & Michelle J. Holland

Debtor

Case No. _____

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    0.00 | | |
| B – Personal Property | YES | 3 | $    12,170.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $    0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $    128,788.75 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    3,725.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $    3,850.00 |
| **TOTAL** | | 35 | $    12,170.00 | $    128,788.75 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

# United States Bankruptcy Court
### Northern District of Illinois

In re    Kerry R. Holland & Michelle J. Holland    Case No. _____

Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $     N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $     N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $     N.A. |
| Student Loan Obligations (from Schedule F) | $     N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $     N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $     N.A. |
| TOTAL | $     N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $     N.A. |
| Average Expenses (from Schedule J, Line 18) | $     N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $     N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $     N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $     N.A. |
| 4.  Total from Schedule F | | $     N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $     N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

Kerry R. Holland & Michelle J. Holland

In re _____     Case No. _____
        **Debtor**                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____37____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___September 11, 2009___          Signature: ___/s/ Kerry R. Holland___
                                                          Debtor:

Date ___September 11, 2009___          Signature: ___/s/ Michelle J. Holland___
                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
    Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                         _____
                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re  Kerry R. Holland & Michelle J. Holland

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          | AMOUNT       | SOURCE                            |
|----------|--------------|-----------------------------------|
| 2009(db) | $ 8,000.00   | Employment/Operation of Business  |
| 2008(db) | $11,343.00   | Employment/Operation of Business  |
| 2007(db) | $12,320.00   | Employment/Operation of Business  |
|          |              |                                   |
| 2009(jdb)| $15,000.00   | Employment/Operation of Business  |
| 2008(jdb)| $12,080.00   | Employment/Operation of Business  |
| 2007(jdb)| $11,370.00   | Employment/Operation of Business  |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**2.    Income other than from employment or operation of business**

None          State the amount of income received by the debtor other than from employment, trade, profession, or
☒       operation of the debtor's business during the two years immediately preceding the commencement of this case.
Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing
under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3.  Payments to creditors**

None

☐      *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases
of goods or services, and other debts to any creditor made within 90 days immediately preceding the
commencement of this case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved
nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13
must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Current monthly rental, utility and life insurance payments. | | | |

None          *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor
☒       made within 90 days immediately preceding the commencement of the case unless the aggregate value of all
property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual,
indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and
credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and
other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Davis Acquisitions Case No. 06 SC 2507 | Small Claims Proceedings | Circuit Court of Lake County, Illinois | Judgment Entered |
| Illinois Auto Electric Co.; Midwest Engine Warehouse, v. Rodriques dba North Point Power Equipment Case No. 07 SC 8268 | Small Claims Proceedings | Circuit Court of Lake Couty, Illinios | Judgment Entered |

None

☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.    Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**8.  Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐      attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James T. Magee<br>Magee, Negele & Associates, P.C.<br>444 North Cedar Lake Road<br>Round Lake, Illinois 60073 | Payor: Debtor | $1,449.00 |

**10.  Other transfers**

None      a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐      affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Relationship: None | 3/2007 to 7/2008 | Approx. 7 cars rebuilt and resold Approx. $300-$500 each (Total $3,000) |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**14.   Property held for another person**

None

☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | Car, Snowmobile, Security Building, & Misc. property of Friends | Stored at Debtor's Homesite $5,000.00 est. |

**15.   Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.   Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.   Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| North Point Power Equipment | xxx-xx-7120 | 3715 - 9th Street Winthrop Harbor, Illinois 60096 | Law and Garden Equipment Repairs | 1990 to Present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ September 11, 2009 _____    Signature of Debtor    ___ /s/ Kerry R. Holland ___

KERRY R. HOLLAND

Date _____ September 11, 2009 _____    Signature of Joint Debtor    ___ /s/ Michelle J. Holland ___

MICHELLE J. HOLLAND

___0___ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Kerry R. Holland & Michelle J. Holland

In re _____ ,    Case No. _____
                   Debtor                                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1    NO SECURED PROPERTY | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
□    Surrendered                          □  Retained

If retaining the property, I intend to *(check at least one)*:
□   Redeem the property
□   Reaffirm the debt
□   Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
□   Claimed as exempt                    □  Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
□    Surrendered                          □  Retained

If retaining the property, I intend to *(check at least one)*:
□   Redeem the property
□   Reaffirm the debt
□   Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
□   Claimed as exempt                    □  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

B8 (Official Form 8) (12/08)                                                                     Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES        ☐ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: September 11, 2009

/s/ Kerry R. Holland

Signature of Debtor

/s/ Michelle J. Holland

Signature of Joint Debtor

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**In Re:**                                          **Case Number:**

  Kerry R. Holland                                  **Chapter 7**
  Michelle J. Holland


**VERIFICATION OF MAILING MATRIX**


**The above-named Debtor(s) hereby verifies that the attached list of creditors is
true and correct to the best of my (our) knowledge.**


**Dated:** _____


_____
                                                    Debtor


_____
                                                    Joint Debtor


**James T. Magee [#01729446]**
**MAGEE, NEGELE & ASSOCIATES, P.C.**
**444 North Cedar Lake Road**
**Round Lake, Illinois 60073**
**(847) 546-0055**

Advertiser Network
c/o Scott & Goldman, Inc.
P. O. Box 6828
Buena Park, CA 90620

Assoc. for Womens Health
c/o Merchants Credit
223 West Jackson Street
Chicago, IL 60606

AT&T
c/o Fidelity National Credit
P. O. Box 3051
Orange, CA 92857

AT&T
c/o NCO Financial
1804 Washington Blvd.
Baltimore, MD 21230

AT&T Long Distance
c/o Southwest Credit
5910 W. Plano Pkwy, #100
Plano, TX 75093-4638

Aurora Medical Group
c/o Omni Credit Services
333 Bishops Way, #100
Brookfield, WI 53005-6209

Aurora Medical Group, Inc.
c/o State Collection Service
P. O. Box 6250
Madison, WI 53701

Best Buy / LVNV Funding
c/o Phillips & Cohen Assoc.
P. O. Box 48458
Oak Park, MI 48237

Capital One
c/o Gerald E. Moore & Assoc.
P. O. Box 724087
Atlanta, GA 31139

Capital One
c/o National Asset Mgmt
P. O. Box 724747
Atlanta, GA 31139

Capital One
c/o Nelson, Watson & Assoc.
80 Merrimack St Lower Level
Haverhill, MA 01830

Capital One Bank
c/o Blatt Hasenmiller Leibsker
125 S. Wacker Drive, #400
Chicago, IL 60606-4440

Capital One Bank
c/o Northland Group, Inc.
P. O. Box 390846
Edina, MN 55439

Capital One Bank
c/o Protocol Recovery
509 Mercer Avenue
Panama City, FL 32401

Capital One Bank
P. O. Box 5155
Norcross, GA 30091

Capital One Bank
P. O. Box 85520
Richmond, VA 23285

Capital One Services
c/o Arrow Financial
5996 West Touhy Avenue
Niles, IL 60714

Capital One Services
c/o Associated Recovery
201 West Grand Avenue
Escondido, CA 92025

Central Power Distributors
3801 Thurston Avenue
Anoka, MN 55303

Chase NA
4915 Independence Parkway
Tampa, FL 33634

Chase NA
Attn: Bankruptcy Dept
P. O. Box 100018
Kennesaw, GA 30156

Childrens Health Center
c/o Northern IL Collection
P. O. Box 287
Waukegan, IL 60079

Citibank
c/o Academy Collection
10965 Decatur Road
Philadelphia, PA 19154-3210

Citibank
c/o Risk Management
7775 Baymeadows Way, #302
Jacksonville, FL 32256

Citibank/NCO Financial
507 Prudential Road
Horsham, PA 19044

Citibank/NCO Financial
507 Prudential Road
Horsham, PA 19044

Citibank/NCO Financial
c/o National Arbitration
Forum
P. O. Box 50191
Minneapolis, MN 55405-0191

Citibank/NCO Portfolio
c/o Blatt Hasenmiller Leibsker
125 S. Wacker Dr., #400
Chicago, IL 60606-4440

Citibank/NCO Portfolio
c/o Merchants' Credit
223 W. Jackson Blvd.
Chicago, IL 60606

Citibank/NCO Portfolio
c/o Wyse Financial Serv.
3410 S. Galena Street, #250
Denver, CO 80231

Comcast
c/o Credit Protection
13355 Noel Road
Dallas, TX 75240

East Penn-Broadview
2427 Braga Drive
Broadview, IL 60155-3941

Household/LVNV
c/o Nelson, Watson & Assoc.
80 Merrimack St., Lower
Level
Haverhill, MA 01830

ComEd
Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523

Figi's Inc.
c/o John Lee Jackson
1445 Langham Creek Dr.
Houston, TX 77084

Household/LVNV Funding
c/o Blitt and Gaines, P.C.
661 West Glenn Avenue
Wheeling, IL 60090

ComEd
c/o Harvard Collection
4839 North Elston Avenue
Chicago, IL 60630-2534

Figi's Inc.
c/o Penn Credit Corp.
P. O. Box 988
Harrisburg, PA 17108-0988

HSBC/Best Buy
c/o Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH 43231

ComEd
c/o Van Ru Credit Corp.
11745 West Bradley Road
Milwaukee, WI 53224

Figi's Inc.
c/o Professional Recovery
2700 Meridian Pkway, #200
Durham, NC 27713-2204

HSBC/Best Buy
c/o Anchor Receivables
P. O. Box 4115, Dept. 606
Concord, CA 94524

Community Trust Credit Union
1313 North Skokie Highway
Gurnee, IL 60031

Figi's Inc.
c/o Universal Fidelity
P. O. Box 941911
Houston, TX 77094-8911

HSBC/Best Buy
c/o RJM Acq Llc
575 Underhill Blvd, #224
Syosset, NY 11791

DHL Express
P. O. Box 4723
Houston, TX 77210-4723

Geetha M. Reddy, M.D.
P. O. Box 1127
Libertyville, IL 60048

HSBC/Best Buy/LVNV
c/o Alliance One
1160 Centre Pointe Drive
Mendota Heights, MN 55120

Dish Network
c/o Afni, Inc.
P. O. Box 3517
Bloomington, IL 61702-3517

Gurnee Radiology Center
c/o Certified Services, Inc.
P. O. Box 177
Waukegan, IL 60079-0177

HSBC/Best Buy/LVNV
c/o Global Vantedge
P. O. Box 3458
San Rafael, CA 94912-3458

Dish Network
c/o GC Services
6330 Gulfton
Houston, TX 77081

Guthy Renker
c/o Allied Interstate
2800 Corporate Exchange Dr.
Columbus, OH 43231

HSBC/Best Buy/LVNV
c/o Northland Group, Inc.
P O. Box 390846
Edina, MN 55439

Dr. Goldman-Burn
c/o Certified Services Inc
1733 Washington Street
Waukegan, IL 60085

Household / Best Buy
c/o LVNC Funding LLC
P. O. Box 740281
Houston, TX 77274

HSBC/BestBuy
c/o Island National Group
P. O. Box 18009
Hauppauge, NY 11788-8809

DS Waters of America
c/o NCO Financial
1804 Washington Blvd.
Baltimore, MD 21230

Household / Menards
c/o LVNV Funding LLC
P. O. Box 740281
Houston, TX 77274

HSBC/Menards
90 Christiana Road
New Castle, DE 19720

HSBC/Menards/US Bank
Attn:  Bankrutpcy Dept.
P. O. Box 5229
Cincinnati, OH 45201

Menards/LVNV Funding
c/o Capital Management
726 Exchange Street, #700
Buffalo, NY 14210

Providian
c/o I.C. Systems
P. O. Box 64887
St. Paul, MN 55164-0887

HSBC/Menars/Sherman Acq.
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Dr., #400
Chicago, IL 60606

Menards/LVNV Funding
c/o FMA Alliance, Ltd.
11811 North Freeway, #900
Houston, TX 77060

Providian National Bank
c/o Portfolio Recovery
120 Corporate Blvd, #100
Norfolk, VA 23502

Illinois Auto Electric O.
c/o Teller, Levit & Silvertrust
11 East Adams, #800
Chicago, IL 60603

Midway Emergency Phys
P. O. Box 320006
Birmingham, AL 35222-1308

Providian/Portfolio Recovery
c/o Elizabeth A. Granoff
661 West Lake Street, #2N
Chicago, IL 60661

J.E.B. Battery Distributors, Inc.
Interstate All Battery Center
31160 North Route 45
Libertyville, IL 60048

Midwest Engine Warehouse
700 Enterprise Street
Aurora, IL 60504

R. H. Donnelley
c/o Executive Financial
6230A Wilshire Blvd., PMB
10
Los Angeles, CA 90048

Lake Shore Orthopaedics
c/o Keynote Consulting
220 W. Campus Drive, #102
Arlington Heights, IL 60004

New Era Medical Svcs
c/o Malcolm S. Gerald
332 S. Michigan Ave., #600
Chicago, IL 60604

RH Donnelley/AT&T/SBC
c/o LiquiDebt Systems
29W110 Butterfield Rd, #108
Warrenville, IL 60555

Lake Shore Pathologists
520 East 22nd Street
Lombard, IL 60148

North Illinois Radiology
c/o AR Resources, inc.
P. O. Box 10336
Jacksonville, FL 32247

Russo Power Equipment
9525 W. Irving Park Road
Schiller Park, IL 60176

LVNV Funding
c/o FMA Alliance, Ltd.
11811 North Freewya, #900
Houston, TX 77060

Oscar Wilson Engines & Parts
826 Lone Star Drive
O'Fallon, MO 63366

Stens Corporation
c/o J.K.M. Credit Services
P. O. Box 38
Drums, PA 18222-0038

Master Hitch, Inc.
2980 West Wadsworth Road
Waukegan, IL 60087

Proactiv Solution
c/o Sko Brenner American
P. O. Box 230
Farmingdale, NY 11735

Target
c/o Account Solutions
205 Bryant Woods South
Amherst, NY 14228

McLeod USA
c/o Receivables Mgmt
P. O. Box 523
Richfield, OH 44286

Providian
c/o Allied Interstate
3000 Corporate Exchange Dr.
Columbus, OH 43231

Target National bank
c/o National Financial
P. O. Box 9046
Hicksville, NY 11802-9046

Menard/LVNV Funding
c/o Northland Group, Inc.
P. O. Box 390846
Edina, MN 55439

Providian
c/o Franklin Collection
P. O. Box 3910
Tupelo, MS 38803-3910

Target National Bank
c/o Northland Group, Inc.
P. O. Box 390846
Edina, MN 55439

Target/RCV Corp.
c/o Portfolio Recovery
120 Corporate Blvd, #100
Norfolk, VA 23502

UPS
c/o Allied Interstate
3000 Corporate Exchange Dr.
Columbus, OH 43231

US Bank
c/o Client Services, Inc.
3452 Harry S. Truman Blvd.
St. Charles, MO 63301

US Bank
c/o Omnium Worldwide
7171 Mercy Road
Omaha, NE 68106

US Bank/Davis Acquisitions
c/o Michael Davis Weis
P. O. Box 1166
Northbrook, IL 60065

Veolia / Onyx Waste Mgmt
c/o Receivable Mgmt
P. O. Box 539
Richfield, OH 44286

Veolia Environmental Services
c/o Lathrop & Gage
1300 Eye St. NW, #1050 East
Washington, DC 20005

Victory Memorial Hospital
c/o Revenue Cycle Solutions
P. O. Box 7229
Westchester, IL 60154

Victory Memorial Hospital
c/o Senex Services
3500 Depauw Blvd, #305
Indianapolis, IN 46268

Victory Memorial Hospital
c/o Senex Services Corp
3500 Depauw Blvd, #305
Indianapolis, IN 46268

Vista Imaging Assoc.
c/o AR Resources, Inc.
P. O. Box 10336
Jacksonville, FL 32247

Vista Imaging Assoc.
c/o NCO Financial
3091 Governors Lake Dr.
Norcross, GA 30071

Vista Imaging Assoc.
P. O. Box 2049
Dept. 5339
Milwaukee, WI 53201-2049

Vista Medical Center East
99 Greenwood Avenue
Waukegan, IL 60087-5136

Waukegan Clinic Corporation
200 South Greenleaf, Ste. A
Gurnee, IL 60031-3398

Wilson Engines
c/o NCO Financial
3850 N. Causeway Blvd., #200
Metairie, LA 70002

Winthrop Harbor Fire Dept.
P. O. Box 457
Wheeling, IL 60090

Zion Clinic, SC
c/o Dennis A. Brebner
860 Northpoint Blvd.
Waukegan, IL 60085-8211

Zion-Benton Public Library
c/o Unique National Colllection
119 East Maple Street
Jeffersonville, IN 47130

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re   Kerry R. Holland & Michelle J. Holland

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................................ $ ___1,900.00___

Prior to the filing of this statement I have received ........…………................... $ ___1,000.00___

Balance Due ..........................................…………………………….................. $ ____900.00____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. [Other provisions as needed]

Upon confirmation of written Post-Petition Fee Agreement for payment of Balance Due, representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___September 11, 2009___
Date

___/s/ James T. Magee___
Signature of Attorney

___Magee, Negele & Associates, P.C.___
Name of law firm

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32262 - Adobe PDF

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                         )   Chapter 7
   Kerry R. Holland                      )   Bankruptcy Case No.
   Michelle J. Holland                   )
                                               )
   Debtor(s).                            )

### DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER                    Date:_____

A.     To be completed in all cases.

     I(We) **Kerry R. Holland** and Michelle J. Holland
, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.     To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

   ☒   I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.     To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

   ☐   I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in the petition.

Signature:_____    Signature:_____
    (Debtor or Corporate Officer, Partner or Member)                    (Joint Debtor)